FILED
5/20/2025 4:07 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Maria Jackson
Bexar County - 407th District Court

Cause No. 2025CI07833

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 2:51:52 PM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF SAN ANTONIO; RON NIRENBERG, in his official capacity as Mayor of the City of San Antonio; ERIK WALSH, in his official capacity as City Manager of the City of San Antonio,<br><br>*Defendants*. | IN THE DISTRICT COURT<br><br><br><br>BEXAR COUNTY, TEXAS<br><br><br><br>407TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

The State of Texas files this notice of appeal. The State desires to appeal from the order granting Defendants' Plea to the Jurisdiction, entered on April 30, 2025, in *State of Texas v. City of San Antonio, et al.*, Cause No. 2025CIe07833, in the 407th Judicial District Court of Bexar County, Texas. The order disposed of all issues and parties. Appeal is being taken to the Fifteenth Court of Appeals under Section 22.220(d) of the Texas Government Code. This appeal involves a matter brought by or against the State. Tex. R. App. P. 25.1(d)(9)(A).

This notice of appeal is being electronically filed under Rule 21(f) of the Texas Rules of Civil Procedure and Rule 9.2(c) of the Texas Rules of Appellate Procedure.

Dated: May 20, 2025

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

**GARRETT GREENE**
Deputy Chief, Healthcare Program Enforcement Division
Texas Bar No. 24096217
Garrett.Greene@oag.texas.gov

*/s/ Katherine Pitcher*
**KATHERINE PITCHER**
Assistant Attorney General
Healthcare Program Enforcement Division
Texas Bar No. 24143894
Katherine.Pitcher@oag.texas.gov

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 940-8425
Fax: (512) 499-0712

**COUNSEL FOR STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on counsel for Defendants via eFile.

/s/ Katherine Pitcher
**KATHERINE PITCHER**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katherine Pitcher on behalf of Katherine Pitcher
Bar No. 24143894
katherine.pitcher@oag.texas.gov
Envelope ID: 101094088
Filing Code Description: Notice of Appeal
Filing Description:
Status as of 5/21/2025 11:14 AM CST

Associated Case Party: City of San Antonio

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 5/21/2025 9:54:33 AM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 5/21/2025 9:54:33 AM | SENT |

Associated Case Party: Ron Nirenberg

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 5/21/2025 9:54:33 AM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 5/21/2025 9:54:33 AM | SENT |

Associated Case Party: Erik Walsh

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 5/21/2025 9:54:33 AM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 5/21/2025 9:54:33 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary JoToupin | | maryjo.toupin@oag.texas.gov | 5/21/2025 9:54:33 AM | SENT |
| Amy SnowHilton | | amy.hilton@oag.texas.gov | 5/21/2025 9:54:33 AM | SENT |
| Katherine Pitcher | 24143894 | katherine.pitcher@oag.texas.gov | 5/21/2025 9:54:33 AM | SENT |
| Garrett Greene | 24096217 | garrett.greene@oag.texas.gov | 5/21/2025 9:54:33 AM | ERROR |